# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>**DONALD BARTON DESHOTELS,**<br><br>　　Defendant. | Case No. 09-CR-0262-BTM<br><br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the motion hearing for defendant, Donald Barton Deshotels, currently scheduled for December 16, 2009, at 1:30 p.m., be continued to February 5, 2010, at 2:00 p.m.

**SO ORDERED.**

DATED:  December 7, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge